**File Hashes for IP Address 73.191.54.197**

**ISP:** Comcast Corporation
**Physical Location:** Baltimore, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/12/2015 18:30:43 | 3A5D8A39203807DE29FFEC591EA50088B09926EF | Catching The Sun |
| 03/21/2015 02:14:30 | 98A6408C74B6B4129B8E3C11C25ED9E1829A9F71 | Twice The Fun |
| 03/13/2015 16:51:42 | EB47647F0B410EA2A94999F1189185B3BF4684CC | The Secretary |
| 12/29/2014 15:28:47 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 11/25/2014 15:35:44 | B570E32D6CF01C9B166AF3AC3272D99BD4DEBC9B | All Oiled Up |
| 11/14/2014 19:12:04 | 717B3AF76A471CF652C217FA37CDBF5B6D3327E9 | Feeling Frisky |
| 10/18/2014 16:24:45 | 1AFC6078CA74FE666B0BBB52E61B194D6C47CFD1 | Double Oh Heaven |
| 10/04/2014 15:35:33 | 91488B6D7E8124D6313B3E79F0BAFF6080E9176E | Sex and Submission |
| 10/04/2014 15:34:50 | 80A3176D85D32C18D0A990E2AA11CDCF68AA625D | Catching Up |
| 10/04/2014 15:33:57 | 066D14F6DED38110804CA91F671B65E9CA75B53A | Go Down On Me |
| 10/04/2014 15:33:20 | A61D2EF99BAB9D4ACF5E38F46B51F2C2344BB6B6 | Tie Her Up For Me |
| 08/26/2014 15:58:40 | 54FC0DF8D10010B4B2D9189D07DA6F9377A3BD6F | Paint Me White |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

MD548