**Copyrights-In-Suit for IP Address 73.191.54.197**

**ISP:** Comcast Corporation
**Location:** Baltimore, MD

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Catching The Sun | PA0001950762 | 07/09/2015 | 07/13/2015 | 07/12/2015 |
| Twice The Fun | PA0001937381 | 03/19/2015 | 04/03/2015 | 03/21/2015 |
| The Secretary | PA0001928397 | 01/09/2015 | 01/19/2015 | 03/13/2015 |
| Exposed And Aroused | PA0001921293 | 11/01/2014 | 11/06/2014 | 12/29/2014 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 11/25/2014 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 11/14/2014 |
| Double Oh Heaven | PA0001918736 | 10/15/2014 | 10/22/2014 | 10/18/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 10/04/2014 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 10/04/2014 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 10/04/2014 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 10/04/2014 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 08/26/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  12**

EXHIBIT B

MD548