**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                                                                    Civil Action No. 1:15-cv-03205-ELH

JOHN DOE, subscriber assigned IP address
73.191.54.197,

       Defendant.

**PLAINTIFF'S NOTICE OF SETTLEMENT
WITH DEFENDANT JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe, subscriber assigned IP address 73.191.54.197 ("Defendant") through his counsel.  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  March 29, 2016

                                                          Respectfully submitted,

                                                          By:   /s/ *Jon A. Hoppe*
                                                          Jon A. Hoppe, Esquire
                                                          jhoppe@mhhhlawfirm.com
                                                          MADDOX, HOPPE, HOOFNAGLE &
                                                          HAFEY, L.L.C.
                                                          1401 Mercantile Lane #105
                                                          Largo, Maryland 20774
                                                          Phone:  301-341-2580
                                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ Jon A. Hoppe
      Jon A. Hoppe